# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL KRAUSE**
        **Petitioner,**

   **v.**                                                        **Case No. 10-C-0515**

**J.B. VAN HOLLEN, Wisconsin Attorney General,**
        **Respondent.**

## ORDER

The parties have advised the court that petitioner has obtained the relief requested in the petition without the court's involvement, and that therefore the petition may be dismissed. **THEREFORE**, **IT IS ORDERED** that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated at Milwaukee, Wisconsin, this 26th day of August, 2011.

                                              s/_____
                                              LYNN ADELMAN
                                              District Judge